USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILKIN DE LOS SANTOS,

       Defendant.

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  It is hereby ORDERED that the parties shall appear for a bail review hearing on **December 19, 2019**, at **12:00 p.m.**

  SO ORDERED.

Dated: December 11, 2019
   New York, New York

               ANALISA TORRES
              United States District Judge