USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

## Law Offices of Donald Yannella, P.C.
**Member of NY & NJ Bars**
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100　　　　　　　　　　　　233 Broadway, Suite 2370
River Edge, NJ  07661　　　　　　　　　　　　　　　New York, NY  10279
　　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

December 17, 2019

Hon. Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY  10007

　　　　Re:　United States v. Wilkin De los Santos
　　　　　　　19 Cr. 391 (AT)

Dear Judge Torres:

　　I am counsel for Mr. Wilkin De los Santos, who is required to appear before Your Honor at 12 noon on December 19, 2019, in connection with issues related to compliance with Pretrial supervision.

　　With the consent of AUSA Michael Herman, I respectfully request that the hearing be held at 1 PM or later that day, due to a conflict it presents with a previously scheduled appearance that I have.

Sincerely,

/s/

Donald Yannella, Esq.

---

**GRANTED.** The bail review hearing scheduled for December 19, 2019, at 12:00 p.m. is **RESCHEDULED** to **December 19, 2019**, at **1:00 p.m.**

SO ORDERED.

Dated: December 18, 2019
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge