UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILKIN DE LOS SANTOS,

                      Defendant.

19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that a change of plea hearing for Defendant Wilkin De Los Santos is scheduled for **February 20, 2020**, at **3:00 p.m.**

    SO ORDERED.

Dated: February 10, 2020
       New York, New York

                                      ANALISA TORRES
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020