UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2021

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The trial scheduled for August 9, 2021, is ADJOURNED *sine die*. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the third calendar quarter of 2021. By **July 16, 2021**, the parties shall submit blackout dates for trial.

The time between August 9, 2021, and **October 1, 2021**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, because such an extension is necessary to efficiently administer the Court's docket consistent with public safety.

The deadlines for pretrial filings set out in the Court's January 6, 2021 Order, ECF No. 102, are ADJOURNED as follows:

1. The parties shall file any motions *in limine* by **August 2, 2021**. The parties shall file any opposition to any motions *in limine* by **August 9, 2021**.

2. The parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **August 2, 2021**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed *voir dire* questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

4. The final pretrial conference scheduled for **August 2, 2021** is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge