UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter dated July 16, 2021, setting forth their available dates for trial, ECF No. 106. Due to conflicts in the Court's and the parties' availability in the fourth quarter of 2021, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will instead seek to schedule a jury trial for the first calendar quarter of 2022.

The deadlines for pretrial filings set out in the Court's May 6, 2021 Order, ECF No. 105, are ADJOURNED as follows:

1. The parties shall file any motions *in limine* by **November 2, 2021**. The parties shall file any opposition to any motions *in limine* by **November 9, 2021**.

2. The parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **November 2, 2021**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed *voir dire* questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

SO ORDERED.

Dated: July 19, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge