USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/20/2021__

Law Offices of
## Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100            233 Broadway, Suite 2370
River Edge, NJ  07661                 New York, NY  10279
                                      (Preferred mailing address)

August 19, 2021

Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Wilkin De los Santos
     19 Cr. 391 (AT)

Dear Judge Torres:

I am counsel for Wilkin Delossantos, who has been released on a bond since July 30, 2019, with two cosigners. His mother, Pelargia Delossantos, who is employed as a home attendant, is one cosigner. The other cosigner, Chauinelle Spears, informs me that she wants to be released from the bond.

I respectfully request that Mr. Delossantos' bond be amended to require only one cosigner instead of two. Alternatively, I request that Mr. Delossantos be given until August 27, 2021, to find a new second cosigner.

AUSA Daniel Nessim and US Pretrial Officer Dominque D. Jackson inform me that they do not consent to this application. More specifically, AUSA Nessim informs me he objects to the defendant's continued release with only one cosigner in place, and he objects to removing Ms. Spears as a cosigner until another cosigner is in place.

Sincerely,

/s/ *Donald Yannella*

Donald Yannella, Esq.

Defendant shall have until **September 3, 2021**, to find a new second cosigner. The Court shall not amend the bond conditions, nor remove Ms. Spears until a substitute is secured.

SO ORDERED.

Dated: August 20, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge