

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Wilkin De Los Santos*, 19 Cr. 391 (AT)

Dear Judge Torres:

    On May 6, 2021, the Court excluded time under the Speedy Trial Act, through October 1, 2021. (Dkt. No. 105.) On July 19, 2021, the Court adjourned the trial date to a date in the first quarter of 2022. (Dkt. No. 107.) Accordingly, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act through a control date of March 31, 2022. Such an exclusion would be in the interests of justice as it would allow the parties time to continue their discussions concerning a pretrial disposition and to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/ _____
Michael R. Herman / Daniel G. Nessim
Assistant United States Attorneys
(212) 637-2221/-2486

GRANTED. The time between October 1, 2021, and March 31, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, because such an extension is necessary to permit the parties time to continue discussing pretrial disposition and to prepare for trial.

SO ORDERED.

Dated: October 1, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge