```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

WILKIN DE LOS SANTOS,

                      Defendant.

19 Cr. 391 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

    On November 10, 2021, the parties provided their availability for trial in the first calendar quarter of 2021. The Court accordingly requested a jury trial based on the parties' availability. The Clerk's Office has notified the Court that this case has been scheduled as the primary back up case for **January 11, 2022**. The case will proceed if the primary case does not go forward.

    <u>**The case must therefore be trial ready for that date.**</u>  As soon as the Court confirms whether the matter will proceed on January 11, 2022, it will inform the parties. If the case cannot proceed on January 11, 2022, the Court will seek another jury trial date for as soon as possible thereafter. Accordingly,

1. By **December 16, 2021**, the parties shall file any motions *in limine*. By **December 23, 2021**, the parties shall file any opposition to any motions *in limine*.

2. By **December 23, 2021**, the parties shall file a joint proposed verdict form.

3. The final pretrial conference shall occur at **1:00 p.m.** on **January 6, 2022**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

4. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a looseleaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

    The Clerk of Court is directed to STRIKE the Court's order at ECF No. 151.

    SO ORDERED.

Dated: December 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge