UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/27/2021_

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated December 22 and 23, 2021.  ECF Nos. 161, 164, 165.  Accordingly, trial in this matter is AJOURNED to a later date.  By **January 4, 2022**, the parties shall provide blackout dates for trial for the second quarter of 2022.

    SO ORDERED.

Dated: December 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge