```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

                -against-

WILKIN DE LOS SANTOS,

                              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2021

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The pretrial conference scheduled for January 6, 2022, is ADJOURNED *sine die*. The Court shall hold a status conference on **January 6, 2022**, at **1:00 p.m.** The status conference shall proceed by the Court's videoconference system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 14, 2021), ECF No. 8 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers shall provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: December 28, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge