```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

                -against-

WILKIN DE LOS SANTOS,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/7/2022___

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed if the primary case does not go forward.

At a status conference on January 6, 2022, the parties provided their availability for trial in the second calendar quarter of 2022. ECF No. 26. The Court accordingly requested a jury trial based on the parties' availability. The Clerk's Office has notified the Court that this case has been scheduled as the primary back up case for **June 15, 2022**. The case will proceed if the primary case does not go forward.

**The case must therefore be trial ready for that date.** As soon as the Court confirms whether the matter will proceed on June 15, 2022, it will inform the parties. If the case cannot proceed on June 15, 2022, the Court will seek another jury trial date for as soon as possible thereafter.

Accordingly,

1. By today, **March 7, 2022**, the parties shall submit any revised motions *in limine* as discussed at the status conference held on January 6, 2022. Oppositions to any revised motions *in limine* are due **March 14, 2022**, and any replies are due **March 21, 2022**.

2. By **April 11, 2022**, the parties shall file their joint proposed *voir dire* questions, requests to charge, and verdict forms. The Court received proposed *voir dire* questions and requests to charge on November 2, 2022, ECF Nos. 138–42, but these submissions did not comply with the specifications set out in the Court's January 6, 2021 order in that they were not joint submissions and did not indicate the areas of disagreement and briefly state why the Court should use a parties' proposed question or charge with citations to supporting authority, ECF No. 102. Thus, the parties are directed to submit a jointly proposed verdict form and resubmit jointly proposed *voir dire* questions and requests to charge that comply with the Court's January 6, 2021 order.

3. The final pretrial conference shall occur **on June 8, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

4. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

SO ORDERED.

Dated: March 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge