U.S. Depart

United State
Southern Di

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/28/2022\_\_\_\_\_

*The Silvio J. Mollo*
*One Saint Andrew*
*New York, New York 10007*

March 25, 2022

**BY ECF**

The Honorable Analia Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Wilkin De Los Santos*, 19 Cr. 391 (AT)

Dear Judge Torres:

      The Government writes to respectfully requests an extension of time until April 1, 2022 to file an opposition to the defendant's motion to suppress filed on March 8, 2022. On January 7, 2022, the Court set a revised motions *in limine* schedule with motions *in limine* due March 7, 2022, oppositions due March 14, 2022, and replies due March 21, 2022. On March 7, 2022, the defendant filed its motion to suppress, which was styled as "Reply Memorandum In Support of Motion to Preclude Introduction of Evidence From Mr. De Los Santos' Oregon Arrest." As such, the Government believed that the reply memorandum was a reply to the Government's opposition (filed on December 23, 2021) to the defendant's motion *in limine* and not seeking any new relief. Upon review of the reply memorandum today, the Government learned that the defendant seeks to suppress statements and evidence obtained from the defendant's Oregon arrest. Therefore, the Government requests a week from today to file an opposition to the motion. Defense counsel consents to the request.

      GRANTED.  The opposition shall be due **April 1, 2022**.

      SO ORDERED.

      Dated: March 28, 2022
             New York, New York

                                                        ANALISA TORRES
                                             United States District Judge