USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/3/2022__

Law Offices of
## Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100          233 Broadway, Suite 2370
River Edge, NJ 07661                New York, NY 10279
                                    (Preferred mailing address)

June 3, 2022

Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Wilkin De los Santos
            19 Cr. 391 (AT)

Dear Judge Torres:

    I am counsel for Wilkin Delossantos, and I filed a motion *in limine* this afternoon, Dkt. 181.

    I respectfully request permission to strike from the docket sheet the motion I filed this morning, Dkt. 180. This afternoon's filing corrects and replaces this morning's filing.

    AUSA Matt Shahabian and AUSA Edward C. Robinson Jr. do not oppose my application to strike Dkt. 180.

                Sincerely,

                /s/ *Donald Yannella*

                Donald Yannella, Esq.

---

GRANTED. The Clerk of Court is directed to strike ECF No. 180 from the docket but retain the summary docket text for the record.

SO ORDERED.

Dated: June 3, 2022
       New York, New York

                      ANALISA TORRES
                      United States District Judge