```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILKIN DE LOS SANTOS,

                Defendant.

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 24, 2022, Defendant was found guilty by a jury of Counts One, Two, and Three of the Indictment. Defendant's bail is continued but is modified to include a condition of home detention with location monitoring.

    SO ORDERED.

Dated: June 24, 2022
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge