UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

      -against-

WILKIN DE LOS SANTOS,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that the parties shall appear for a status conference on **September 14, 2022**, at **11:30 a.m.**, using the Court's videoconferencing software. *See In re Coronavirus/COVID-19 Pandemic*, 20 Misc. 176 (June 24, 2020) (authorizing, pursuant to the Coronavirus Aid, Relief, and Economic Security Act, the use of video teleconferencing for bail review proceedings under 18 U.S.C. § 3148 "with the consent of the defendant . . . after consultation with counsel").

      To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, counsel for the Government, and the Pretrial Services officer will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing.

      SO ORDERED.

Dated: September 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge