UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for September 14, 2022, at 11:30 a.m., is RESCHEDULED to **September 14, 2022**, at **11:00 a.m.**

       SO ORDERED.

Dated: September 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge