USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2022

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email:  nynjcrimlawyer@gmail.com
Tel:  (212) 226-2883
Fax:  (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ  07661 | 233 Broadway, Suite 2370<br>New York, NY  10279<br>(Preferred mailing address) |

September 19, 2022

Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: United States v. Wilkin De los Santos
     19 Cr. 391 (AT)

Dear Judge Torres:

  I am counsel for Wilkin Delossantos.  With the consent of AUSA Matt Shahabian and AUSA Edward C. Robinson Jr., I respectfully request that Mr. De Los Santos' mother, Pelagia De Los Santos, who has been approved by the US Attorney's Office as a cosigner for my client, be sworn to the bond that she has already signed.

  The original cosigner, Chauinelle Spears, is no longer willing to serve as a cosigner.  I am informed that the clerk's office will not swear Pelagia De Los Santos to the bond until Ms. Spears is removed as a cosigner.  Therefore, I also respectfully request that Ms. Spears be removed as a cosigner.

            Sincerely,

            /s/

            Donald Yannella, Esq.

GRANTED.

SO ORDERED.

Dated: September 20, 2022
   New York, New York

               _____
               ANALISA TORRES
               United States District Judge