UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2022

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for October 18, 2022, is ADJOURNED to **November 15, 2022**, at **2:00 p.m.** The Defendant's submissions are due two weeks prior to sentencing, on **November 1, 2022**. The Government's submissions are due one week prior to sentencing, on **November 9, 2022**.

    SO ORDERED.

Dated: September 23, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge