USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email:  nynjcrimlawyer@gmail.com
Tel:  (212) 226-2883
Fax:  (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ  07661** | **New York, NY  10279** |
| | (Preferred mailing address) |

November 1, 2022

Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: United States v. Wilkin De los Santos
    19 Cr. 391 (AT)

Dear Judge Torres:

  I am counsel for Wilkin De Los Santos, who is scheduled to be sentence on November 15, 2022.

  With the consent of AUSA Matt Shahabian and AUSA Edward C. Robinson Jr., I respectfully request that the sentencing hearing be adjourned for approximately two weeks.  I have not requested any prior adjournments of the sentencing hearing.  The additional two weeks is necessary to prepare the defense sentencing memorandum.  Thank you for your courtesy and attention to this matter.

              Sincerely,

              /s/

              Donald Yannella, Esq.

GRANTED.  The sentencing scheduled for November 15, 2022, is ADJOURNED to **December 6, 2022**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant's submissions are due two weeks prior to sentencing, on **November 22, 2022**.  The Government's submissions are due one week prior to sentencing, on **November 29, 2022**.

SO ORDERED.

Dated: November 2, 2022
   New York, New York

                  _____
                  ANALISA TORRES
                  United States District Judge