UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

    -against-

WILKIN DE LOS SANTOS,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 2, 2022, the Court ordered Defendant, Wilkin De Los Santos, to file his sentencing submission by November 22, 2022. ECF No. 214. That submission is now overdue. Accordingly, by **November 26, 2022**, at **12:00 p.m.**, Defendant shall file his submission.

    SO ORDERED.

Dated: November 23, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge