UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2025

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's motion to waive interest on restitution.  ECF No. 243.  By **April 29, 2025**, the Government shall file its response.  By **May 13, 2025**, Defendant shall file his reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se* and to terminate the motion at ECF No. 242.

SO ORDERED.

Dated: April 15, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge