USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

               Defendant.

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 14, 2025, the Court received Defendant's motion to waive interest on restitution. ECF No. 243. By order dated April 15, the Court ordered the Government to respond by April 29. ECF No. 244. The Government's response is now overdue. Accordingly, by **May 8, 2025**, the Government shall respond to Defendant's motion.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se*.

    SO ORDERED.

Dated: May 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge