UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILKIN DE LOS SANTOS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2025_

19 Cr. 391-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Gary Kaufman, the CJA attorney assigned to receive cases on this day, May 20, 2025, is ordered to assume representation of Defendant in the above-captioned matter, *nunc pro tunc* March 26, 2025.

    SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                            ANALISA TORRES
                               United States District Judge